IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANITA L. FABRE * | |
| PLAINTIFF * | CIVIL ACTION NO. _____ |
| * | |
| VS. * | |
| * | |
| HUDSON & KEYSE, L.L.C., DEGAN, * | |
| BLANCHARD & NASH, PAUL J. HARRISON* | COMPLAINT AND DEMAND |
| AND CHRISTOPHER J. STAHULAK * | FOR A JURY TRIAL |
| DEFENDANTS | |

# COMPLAINT

## I. INTRODUCTION

1. Plaintiff Anita L. Fabre brings this individual action against defendants Hudson & Keyse, L.L.C., Degan, Blanchard & Nash, Paul J. Harrison, and Christopher J. Stahulak for their violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices for suing plaintiff on a prescribed debt.

## II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, and 28 U.S.C. §§ 1331 and 1337.

## III. PARTIES

3. Plaintiff, Anita L. Fabre ("plaintiff" or "Ms. Fabre"), is a natural person above the age of majority who resides in Livingston Parish, Louisiana.

4. Defendant, Hudson & Keyse, L.L.C. (hereinafter referred to as "Hudson"), is a foreign corporation authorized to do and doing business in the state of Louisiana, whose

registered agent for service of process in Louisiana is Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129. Hudson, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

5. Defendant, Degan, Blanchard & Nash is a Louisiana law firm which employs attorneys who are licensed to practice law in Louisiana (hereinafter referred to as "DB&N"). DB&N, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

6. Defendant, Paul J. Harrison, is a Louisiana attorney who is licensed to practice law in Louisiana (hereinafter referred to as "Harrison"). Harrison, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

7. Defendant, Christopher J. Stahulak, is a Louisiana attorney who is licensed to practice law in Louisiana (hereinafter referred to as "Stahulak"). Stahulak, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

8. On October 23, 2006, Defendants Hudson, DB&N, Harrison and Stahulak, filed suit against plaintiff for sums allegedly due on a credit card account once issued through Discover Bank.

9. This credit card account was used primarily for personal, family or household purposes only.

10.     At the time suit was filed against plaintiff, there had been no payments or charges on this account for over three years, therefore it was prescribed under Louisiana law.

11.     The petition claimed that Ms. Fabre was obligated for attorney's fees of 30% of the principal and interest.

12.     The claim for attorney's fees by defendants was excessive and violated Louisiana law.

## FAIR DEBT COLLECTION PRACTICES ACT

13.     Defendants violated numerous provisions of the FDCPA including but not limited to sections 1692e and 1692f.

14.     Plaintiff has suffered actual damages and injury, including, but not limited to, the costs of the defense of the state court action for this account, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress for being sued on a prescribed debt, for which she should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiffs respectfully requests that judgment be entered against the defendants, Hudson & Keyse, L.L.C., Degan, Blanchard & Nash, Paul J. Harrison, and Christopher J. Stahulak, for:

(a) actual damages;

(b) additional damages from each defendant;

(c) attorney's fees;

(d) costs; and

(e) for such other and further relief as may be just and proper.

A JURY TRIAL IS DEMANDED.

                                                     s/Garth J. Ridge
                                                     **GARTH J. RIDGE**
                                                     Attorney for Plaintiffs
                                                     Bar Roll Number:  20589
                                                     251 Florida Street, Suite 301
                                                     Baton Rouge, Louisiana 70801
                                                     Telephone Number:  (225) 343-0700
                                                     Facsimile Number: (225) 343-7700
                                                     E-mail: GarthRidge@aol.com